MORLAND MORTGAGE COMPANY v. SARA CHAIKIN, Impleaded with PENDAR HOLDING CORPORATION and Others.— Motion denied, with ten dollars costs. (See *Miltenberger* v. *Logansport R. Co.*, 106 U. S. 286; High Receivers [4th ed.], § 688, p. 839, § 382, p. 482.) Contrary holding in *Washington Ins. Co.* v. *Fleischauer* (10 Hun, 117) is dicta. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of Supplementary Proceedings: TRI-STATE INVESTORS CORPORATION v. FREDERICK MCHENRY KITCHING and FLORENCE MELLIN KITCHING. In the Matter of Contempt Proceedings Instituted by TRI-STATE INVESTORS CORPORATION against ELIZABETH F. VILKOMERSON, an Attorney.*— Motion to dismiss appeals denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of ABRAHAM L. ERLANGER, Deceased.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALEXANDER J. CHECHILA v. PLATON ROZDESTVENSKY and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed so that the appeal can be argued on or before December 19, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of HANNAH KATZ for Payment of Award Made for Damage Parcels Nos. 1 and 2 on the Damage Map and in the Final Decree of the Supreme Court in the Proceeding for Acquiring Title by the CITY OF NEW YORK to Certain Lands and Premises Situated on the Northerly Side of Mace Avenue, between Fish and Seymour Avenues, Borough of Bronx, Duly Selected for School Purposes.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of HANNAH KATZ for Payment of the Award Made for Damage Parcels Nos. 7 and 8 on the Damage Map and in the Final Decree of the Supreme Court in the Proceeding for Acquiring Title by the CITY OF NEW YORK to Certain Lands and Premises Situated on the Northerly Side of Mace Avenue, between Fish and Seymour Avenues, Borough of Bronx, Duly Selected as a Site for School Purposes.— Motion granted. Present —Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of J. MONTGOMERY STRONG against BERNE A. PYRKE, Commissioner of Department of Agriculture and Markets.— Preference granted for December 10, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN PADDEN.— Motion granted and appellant's time within which to file the record on appeal and appellant's points is extended to and including December 15, 1930, with notice of argument for January 6, 1931. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

In the Matter of JAMES F. MAHAN, an Attorney.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.